USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIJAY TANDON,

Plaintiff,

-v-

COINBASE, INC.,

Defendant.

**ORDER**

26-CV-4295 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion, ECF No. 18 (the "Letter Motion"), requesting a pre-motion conference in connection with its anticipated motion to dismiss the complaint. Plaintiff is directed to file a response to the Letter Motion by **July 22, 2026**. The undersigned will hold a conference via telephone to address the Letter Motion on **July 29, 2026** at **10:00 a.m.** Counsel and the *pro se* Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 523 448 226#).

**SO ORDERED.**

Dated: July 15, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge