USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIJAY TANDON,

Plaintiff,

-v-

COINBASE, INC.,

Defendant.

**ORDER**

26-CV-4295 (MMG) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff Vijay Tandon's letter requesting a copy of the transcript from the July 29, 2026 conference. ECF No. 23. Defendant Coinbase, Inc. is directed to order a copy of the transcript using the form at ECF No. 22, which provides further instructions regarding how to obtain the transcript. Defendant shall then provide the *pro se* Plaintiff with a copy of the transcript.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge